No. 4222.—Pueblo, apldo., v. Méndez, aplte.—C. D. Aguadilla. Adulteración de leche. Julio 14, 1930.

No. 4228.—Pueblo, apldo., v. López Hermanos, aplte.—

C. D. San Juan. Infracción Ley de Pesas y Medidas. Julio 14, 1930.